**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30298 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-00034-SEH |
| v. | |
| ROBERT DONALD AHENAKEW, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted June 18, 2013[**]

Before:      TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Robert Donald Ahenakew appeals from the district court's judgment and

challenges the 41-month sentence imposed following his guilty-plea conviction for

burglary, in violation of 18 U.S.C. § 1153(a); and Mont. Code Ann. § 45-6-204(1).

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Ahenakew contends that the district court erred by imposing a two-level enhancement under U.S.S.G. § 2B2.1(b)(4) because it was not reasonably foreseeable that Ahenakew's codefendant would possess a dangerous weapon. We review for clear error a district court's determination that acts by others were reasonably foreseeable for purpose of imposing a dangerous weapon enhancement, *see United States v. Lavender*, 224 F.3d 939, 941-42 (9th Cir. 2000), and find none. The record, which indicated that Ahenakew knew that his codefendant always carried a knife, supports the district court's conclusion that it was reasonably foreseeable that Ahenakew's codefendant would possess a knife at the time of the burglary. *See Lavender*, 224 F.3d at 942; U.S.S.G. § 1B1.3(a)(1).

**AFFIRMED.**